IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Leona Meza, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No.:   CIV-14-84-C |
| | ) |
| Equity Insurance Company, | ) |
| | ) |
|     Defendant. | ) |

## STIPLUATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action. The parties further stipulate that each party shall bear its own fees and costs. If the Plaintiff refiles the same claim against the Defendant, the Plaintiff shall pay all of Defendant's costs and attorney fees of this action.

DATED this 8th day of July, 2014.

| | |
|---|---|
| s/T. David Hasbrook | s/Lane R. Neal |
| T. David Hasbrook | Ryan R. Deligans |
| OK Bar Number: 3961 | OK Bar Number 19793 |
| Clayton T. Hasbrook | Lane R. Neal |
| OK Bar Number: 22169 | OK Bar Number 22246 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| HASBROOK & HASBROOK | DURBIN, LARIMORE & BIALICK |
| 400 N. Walker Avenue, Suite 130 | 920 N. Harvey |
| Oklahoma City, OK 73102 | Oklahoma City, OK 73102-2610 |
| 405-235-1551 | 405-235-9584 |
| 405-367-0900 - Facsimile | 405-235-0551 - Facsimile |
| email: tdh@hasbrooklaw.com | email: dlb@dlb.net |
| email: cth@hasbrooklaw.com | email: lneal@dlb.net |
| ***ATTORNEYS FOR PLAINTIFF*** | ***ATTORNEYS FOR DEFENDANT*** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Ryan D. Deligans
    Lane Neal

                                       s/T. David Hasbrook
                                       T. David Hasbrook